# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEE VUE, ) No. C 09-1864 JSW (PR)
       Petitioner, )
  vs. ) **ORDER OF TRANSFER**
KELLY HARRINGTON, Warden, )
       Respondent. )

Plaintiff, a prisoner of the State of California, currently incarcerated at Kern Valley State Prison in Delano, California, has filed a petition for a writ of habeas corpus in this Court. Petitioner is seeking review of his criminal conviction from Sacramento County, which lies within the venue of the Eastern District of California. *See* 28 USC § 84(b). Petitioner has neither paid the filing fee, nor filed an application to proceed *in forma pauperis.*

Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Eastern District of California forthwith.

IT IS SO ORDERED.

DATED: May 11, 2009

                                  JEFFREY S. WHITE
                                  United States District Judge

|   | UNITED STATES DISTRICT COURT |
|---|---|
| 1 | |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

BEE VUE,

        Plaintiff,

v.

KELLY HARRINGTON et al,

        Defendant.

Case Number: CV09-01864 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 11, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bee Vue
F725447
K.V.S.P.
P.O. Box 5102
Delano, CA 93216

Dated: May 11, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk