IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEE VUE,

    Petitioner,               No. CIV S-09-1340 DAD P

   vs.

KELLY HARRINGTON, Warden,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, commenced this action on April 29, 2009, by filing an 81-page petition for writ of habeas corpus. For reasons unclear to the court, on May 20, 2009, petitioner filed another petition for writ of habeas corpus, this one of eight-pages in length. Good cause appearing, on June 15, 2009, the court ordered petitioner to inform the court whether he wished to proceed with his 81-page petition or his eight-page petition.

        In accordance with the court's order, petitioner has filed a declaration stating that he would like to proceed with his original 81-page petition. Good cause appearing, the court will allow petitioner to proceed on his original 81-page petition and in accordance with this order.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's April 29, 2009 application for a writ of habeas corpus within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases;

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondent's reply, if any, shall be filed within fifteen days thereafter;

4. The Clerk of the Court shall serve a copy of this order, a copy of the April 29, 2009 application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a copy of the form regarding consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General; and

5. Petitioner's May 20, 2009 eight-page application for a writ of habeas corpus (Doc. No. 8) is disregarded.

DATED: November 17, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
vue1340.100f